DENVER CHICAGO TRANSPORT CO., INC., *v.*
UNITED STATES ET AL.

No. 503. Decided January 9, 1961.

*Thomas F. Kilroy* for appellant.

*Solicitor General Rankin, Assistant Attorney General Bicks, Richard A. Solomon, Robert W. Ginnane* and *Francis A. Silver* for the United States and the Interstate Commerce Commission.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

OREGON-NEVADA-CALIFORNIA FAST FREIGHT, INC., *v.* STEWART ET AL.

No. 521. Decided January 9, 1961.

*Ferris F. Boothe* for appellant.

*Robert Y. Thornton,* Attorney General of Oregon, and *Alfred B. Thomas* and *Theodore W. deLooze,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.